# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LAVELL CLAYTON, | ) | No. CV 14-6001 JFW (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| M.J. BITER, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: October 22, 2014

JOHN F. WALTER
United States District Judge