UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LAVELL CLAYTON,<br><br>               Petitioner,<br><br>v.<br><br>M.J. BITER, Warden<br><br>               Respondent. | Nos. CV 14-6001-JFW (FFM)<br><br>ORDER (1) ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE; AND (2) DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections to the Report. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

**IT IS ORDERED** that: (1) the Court approves and accepts the Report; and (2) judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED: July 27, 2018

/s/ John F. Walter
JOHN F. WALTER
United States District Court Judge