1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  CURTIS LAVELL CLAYTON,        )  Nos.  CV 14-6001-JFW (FFM)
                                  )
12                                )  JUDGMENT
                  Petitioner,     )
13                                )
                                  )
14        v.                      )
                                  )
15  M.J. BITER, Warden            )
                                  )
16              Respondent.       )
    _____)

17

18        Pursuant to the Order Accepting Findings, Conclusions and

19  Recommendations of United States Magistrate Judge,

20        IT IS ADJUDGED that the Petition is denied and this action is dismissed

21  with prejudice.

22

23  DATED: July 27, 2018

24

25  _____
                         JOHN F. WALTER
26                       United States District Court Judge

27

28